DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL S. PERAGINE,**
Appellant,

v.

**PETER LAGASSE, JULIE LAGASSE,** and **PLATINUM RAPID FUNDING GROUP, LTD.,**
Appellees.

No. 4D2024-0007

[November 6, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 50-2022-CA-010326-XXXX-MB.

Edward A. Buchanan of Custos Law, Jupiter, for appellant.

Eric M. Levine of Atlas│Solomon, PLLC, Stuart, for appellees Peter and Julie Lagasse.

PER CURIAM.

*Affirmed. See Arlona Ltd. P'ship v. The 8th of January Corp.*, 857 N.Y.S.2d 208 (App. Div. 2008) (affirming where guarantor "failed to make a prima facie showing, through the submission of evidentiary proof, that she did not consent to the modification of the lease in her individual capacity"); *Spier v. McNaught,* 105 N.Y.S. 1060, 1061 (App. Div. 1907) ("The defendant cannot resist liability upon the ground that the time within which to pay the liability guaranteed has been extended by the taking of the new note. That extension was with the full consent of the sureties, and was in fact negotiated by the defendant McNaught, who is now defending."); *see also In re Amends. to Fla. R. Civ. P. 1.510*, 317 So. 3d 72, 75-76 (Fla. 2021) ("[W]hen opposing parties tell two different stories, one of which is blatantly contradicted by the record, so that no reasonable jury could believe it, a court should not adopt that version of the facts for purposes of ruling on a motion for summary judgment." (quoting *Scott v. Harris*, 550 U.S. 372, 380 (2007))).

GROSS, CIKLIN and KUNTZ, JJ., concur.

*       *       *

*Not final until disposition of timely filed motion for rehearing.*